# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

138308

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICARDO STILLE,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138308
COA: 282223
Oakland CC: 2007-216096-FH

_____/

      On order of the Court, the application for leave to appeal the January 20, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

0921

Clerk